UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI A. PERALES, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>        Defendant. )<br>)<br>_____ ) | NO. CV-11-3040-RHW<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The decision of the Commissioner denying Plaintiff's claim for benefits beginning April 30, 2007 through January 15, 2009 is **reversed** and the case is **REMANDED** to the Commissioner to award benefits consistent with the Order Granting Plaintiff's Motion for Summary Judgment filed on 2/12/13 at ECF No. 33.

Defendant's Motion for Summary Judgment is DENIED. Judgment is entered for Plaintiff.

DATED this 12th day of February, 2013.

                                          SEAN F. McAVOY
                                          Clerk of Court


                                      By:    s/Penny Lamb
                                                       Deputy Clerk

cc: all counsel